UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN DUANE LEWIS,

        Plaintiff,                Case No. 1:14-cv-567

v.                                      Honorable Paul L. Maloney

MILDRED SMOKER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that, to the extent Plaintiff's action raises claims under state law, those claims are DISMISSED WITHOUT PREJUDICE.

Dated: August 29, 2014                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge